ROBERT J. DICKSON, ESQ.
ATKINSON, CONWAY & GAGNON
Attorneys for Providence Health & Services
420 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
rjd@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMIE SCHNIDER and<br>TIANA JOHNSON<br><br>   Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH &<br>SERVICES<br><br>   Defendant. | Case No. _____ |

## NOTICE OF REMOVAL
### [28 U.S.C. §§ 1441, 1446]

Providence Health & Services – Washington, by and through its attorneys, Atkinson, Conway & Gagnon, in accordance with 28 U.S.C. §§ 1441(a) and 1446, hereby gives notice of its removal of the action filed in the Superior Court for the State of Alaska, Third Judicial District, at Valdez, identified as <u>Jamie Schnider and Tiana Johnson, Plaintiffs versus Providence Health & Services, Defendant</u>, Superior Court cause number 3VA-15-00007CI, to this U.S. District Court.

I.

The basis for the U.S. District Court's jurisdiction is 28 U.S.C. § 1332(a)

II.

The defendant is a non-profit corporation originally incorporated in the Territory now State of Washington on January 28, 1859; and its principal place of business is located at 1801 Lind Avenue SW, #9016, Renton, Washington 98057. At the times relevant to the claims asserted by the plaintiffs, they were residents of Alaska.

III.

This is a civil action asserting a medical malpractice cause of action. According to Alaska Statute 09.55.547, the complaint in a cause of action against a healthcare provider for malpractice may not contain an ad damnum clause or monetary amount claimed "except as necessary for jurisdictional purposes." Based upon two demands from plaintiff's counsel, the amount in controversy is in excess of $75,000.

IV.

The summons and complaint in the above referenced matter was served on February 17, 2015, and 30 days have not elapsed since then.

V.

Attached hereto are true and correct copies of all pleadings and process served upon this defendant in this civil action, namely a) plaintiffs' Complaint; b) the Summons; c) Judge Schally's request for reassignment; d) Providence's Entry of Appearance; and e) Providence's Answer.

DATED this 10 day of March, 2015.

           ATKINSON, CONWAY & GAGNON
           Attorneys for Providence Health & Services

           By   s/ Robert J. Dickson
           Robert J. Dickson
           420 L Street, Suite 500
           Anchorage, AK 99501
           Phone: (907) 276-1700
           Fax: (907) 272-2082
           E-mail: rjd@acglaw.com
           ABA No. 7210044

I certify that on March ___, 2015
a copy of the foregoing document
was served electronically on:

James Alan Wendt, Esq.

and served by U.S. Mail to the following:

| James Alan Wendt, Esq. | Catherine Jordan |
| 425 G Street, Suite 610 | Box 127 |
| Anchorage, AK 99501 | Valdez, AK 99686 |

By    s/ Robert J. Dickson

NOTICE OF REMOVAL
Page 3
16-2993/7263.64

Case 3:15-cv-00038-SLG   Document 1   Filed 03/10/15   Page 3 of 3